UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.S-10-044 EJG |
| v. ) | |
| ) | |
| WILLIAM THOMAS BERUMEN ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

| | |
|---|---|
| Name of Detainee: | WILLIAM THOMAS BERUMEN |
| Detained at (custodian): | SACRAMENTO COUNTY JAIL |

Detainee is:   a.)   (X) charged in this district by: (X) Indictment () Information () Complaint
                         charging detainee with: Explosive Materials - Willfully Making a Threat
    or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   () return to the custody of detaining facility upon termination of proceedings
    or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on* **JANUARY 29, 2010, AT 2:00 BEFORE HONORABLE KIMBERLY J. MUELLER** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ JARED C. DOLAN |
| Printed Name & Phone No: | Jared C. Dolan (916) 554-2767 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **January 29, 2010, at 2:00pm**, before the Honorable Kimberly J. Mueller, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: January 28, 2010.

_____
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Sex: | Male |
| Booking or CDC #: | X - REF. NO. 1482695 4E306A | DOB: | 03/17/1970 |
| Facility Address: | 651 I Street | Race: | |
| | Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | (916) 874-5417 | | |
| Currently Incarcerated For: | Arson | | |

### RETURN OF SERVICE

Executed on _____      By: _____
                                                                      (Signature)