**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
William Berumen

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-10-44 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RESCHEDULING STATUS |
| vs. ) | |
| ) | Date:   August 6, 2010 |
| WILLIAM BERUMEN ) | Time:   10:00 AM |
| ) | Court:  EJG |
| Defendant ) | |
| _____ ) | |

It is hereby stipulate between the parties, by and through their respective counsel as follows that the status conference presently scheduled for June 11, 2010 and be rescheduled for status conference on August 6, 2010 at 10:00 AM.

This short continuance is necessary because in order to effectively represent my client it is necessary to obtain his mental health records from the various institutions where he has been incarcerated, and then to review the same. Those records have been requested from the institutions and release to the defense has been authorized, but they still have not been

-1-

received. It is represented to the defense that they number in the hundreds of pages. It has also been represented that they will be received sometime this week. Thereafter, however, it will take some time to review and to consult with and expert relative to the defendant's condition.

It is further agreed that the period from the time of the filing of this stipulation until August 6, 2010, should be excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

Accordingly, the parties respectfully request this Court to adopt this proposed stipulation.

I, Michael B. Bigelow, the filing party, have received authorization from all the parties to sign and submit this stipulation and proposed order on their behalf.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,                June 8, 2010
Michael B. Bigelow
Attorney for William Berumen


/S/JARED CHASE DOLAN, Esq.,                 June 8, 2010
Jared Chase Dolan, Esq.,
Assistant United States Attorney

# ORDER

**GOOD CAUSE APPEARING** and upon the stipulation of the parties I find that the continuance is necessary to allow defense sufficient time to investigate and evaluate this case and to prepare for trial and for continuity of counsel. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case. [Local Code T2] up to and including August 6, 2010.

**IT IS HEREBY ORDERED** that the matter be rescheduled for a status conference to August 6, 2010 at 10:00 AM.

The Court finds time excluded in this matter from June 11, 2010 through August 6, 2010, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

/s/ Edward J. Garcia
Hon. EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge          June 8, 2010