**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
William Berumen

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>WILLIAM BERUMEN<br>　　　　Defendant | Case No. Cr.S-10-44 EJG<br><br>STIPULATION AND RESCHEDULING STATUS<br><br>Date:　September 3, 2010<br>Time:　10:00 AM<br>Court:　EJG |

　　It is hereby stipulate between the parties, by and through their respective counsel as follows that the status conference presently scheduled for August 6, 2010 and be rescheduled for status conference on September 3, 2010 at 10:00 AM.

　　This continuance is necessary because in order to effectively represent my client it is necessary to obtain his mental health records from the various institutions where he has been incarcerated, and then to review the same. Those records have been requested from the institutions and release to the defense has been authorized, and they have just recently been

-1-

received, but not yet completely reviewed. It will also be necessary to consult with and expert relative to the defendant's mental condition.

It is further agreed that the period from the time of the filing of this stipulation until September 3, 2010, should be excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

Accordingly, the parties respectfully request this Court to adopt this proposed stipulation.

I, Michael B. Bigelow, the filing party, have received authorization from all the parties to sign and submit this stipulation and proposed order on their behalf.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,                August 4, 2010
Michael B. Bigelow
Attorney for William Berumen


/S/JARED CHASE DOLAN, Esq.,                 August 4, 2010
Jared Chase Dolan, Esq.,
Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties I find that the continuance is necessary to allow defense sufficient time to investigate and evaluate this case and to prepare for trial and for continuity of counsel. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case. [Local Code T2] up to and including August 6, 2010.

**IT IS HEREBY ORDERED** that the matter be rescheduled for a status conference to September 3, 2010 at 10:00 AM.

The Court finds time excluded in this matter from August 6, 2010 through September 4, 2010, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

/s/ Edward J. Garcia this 5th day of August, 2010
Hon. EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge