DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
916-447-1193

Attorney for Defendant
WILLIAM T. BERUMEN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-044EJG |
| | ) | |
| | ) | STIPULATION AND |
| Plaintiff, | ) | PROPOSED ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| WILLIAM T. BERUMEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between William T. Berumen by and through Counsel, Dwight M. Samuel and United States of America, by and through Jared Dolan, Assistant United States Attorney, that the status conference presently set for Friday, December 10, 2010 be vacated and rescheduled for a status conference on Friday, January 7, 2011, at 10:00 a.m.

It is further stipulated that the period from the date of this stipulation, December 6, 2010, through and including January 7, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

1  Respectfully submitted,

2  Dated: December 6, 2010

3                                              /s/ Dwight M.. Samuel
                                               DWIGHT M. SAMUEL
4                                              Attorney for Defendant, WILLIAM T. BERUMEN

5  Dated: December 6, 2010                     BENJAMIN B. WAGNER
                                               United States Attorney
6
                                         By:   /s/Jared Dolan[1]
7                                              JARED DOLAN
                                               Assistant United States Attorney
8

9  IT IS SO ORDERED.

10 Dated: December 7, 2010

11                                             /s/ Edward J. Garcia
                                               EDWARD J. GARCIA
12                                             United States District Judge

---

[1] Signed per email authorization.