IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM THOMAS BERUMEN,<br><br>Defendant. | Case №: 2:10-cr-00044-WBS<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The court appointed a Bakersfield panel to represent the defendant on November 4, 2019. The Federal Defender has determined that this client should be assigned to a Sacramento panel attorney. CJA panel attorney William Bonham is hereby appointed effective November 14, 2019, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED** *FINANCIAL AFFIDAVIT* **SUPPORTING APPOINTMENT.**

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE