William E. Bonham
Attorney at law
Hotel de'France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA 95814

Attorneys for William Thomas Berumen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>WILLIAM THOMAS BERUMEN,<br><br>      Defendant. | CASE NO. 2:10-CR-00044-WBS<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: December 2, 2019<br>TIME: 9 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

  1. By previous order, the Admit Deny Hearing in this matter was set for December 2, 2019.

  2. By this stipulation, the parties now move to continue the Admit/Deny Hearing until January 6, 2020.

/ / /

/ / /

/ / /

/ / /

  3. The parties request a continuance to allow defense counsel additional time to conduct investigation into the charges, review documents pertaining to the underlying offense, and to allow the parties to continue to negotiate a resolution.

1

IT IS SO STIPULATED.

Dated: November 25, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ SAMUEL STEFANKI
SAMUEL STEFANKI
Assistant United States Attorney

Dated: November 25, 2019  /s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for Defendant
William Thomas Berumen

**ORDER**

IT IS HEREBY ORDERED that the Disposition Hearing previously set for December 2, 2019, at 9 a.m. is CONTINUED to January 6, 2020, at 9 a.m.

Dated: November 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE