William E. Bonham
Attorney at law
Hotel de'France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorneys for WILLIAM THOMAS BERUMEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM THOMAS BERUMEN,<br><br>Defendant. | CASE NO. 2:10-CR-00044-WBS<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; [~~PROPOSED~~] ORDER<br><br>DATE: January 21, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Defendant William Thomas Berumen, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on January 21, 2020.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until February 10, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant desires additional time to discuss and negotiate a potential disposition in this matter with the government & assigned Probation Officer & review

STIPULATION REGARDING CONTINUANCE OF
ADMIT/DENY HEARING

1

medical & psychiatric records & reports & investigation of the underlying violation charges.

        b)        The government does not object to the continuance.

        c)        The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: January 17, 2020　　　　　　　　　　/s/ WILLIAM BONHAM
　　　　　　　　　　　　　　　　　　　　　WILLIAM BONHAM
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　WILLIAM THOMAS
　　　　　　　　　　　　　　　　　　　　　BERUMEN

Dated: January 17, 2020　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE