William E. Bonham
Attorney at law
Hotel de'France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA 95814

Attorneys for WILLIAM THOMAS BERUMEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00044-WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; [~~PROPOSED~~] ORDER |
| v. | DATE: February 10, 2020 |
| WILLIAM THOMAS BERUMEN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Defendant William Thomas Berumen, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on February 10, 2020.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until March 2, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant desires additional time to discuss and negotiate a potential disposition in this matter with the assigned Probation Officer.

    b) The government does not object to the continuance.

///

STIPULATION REGARDING CONTINUANCE OF
ADMIT/DENY HEARING

1

/// 

///

        c)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: February 6, 2020            /s/ WILLIAM BONHAM
                                        WILLIAM BONHAM
                                        Counsel for Defendant
                                        WILLIAM THOMAS BERUMEN

Dated: February 6, 2020            McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ SAM STEFANKI
                                        SAM STEFANKI
                                        Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 7, 2020

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE