William E. Bonham
Attorney at law
Hotel de'France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for WILLIAM THOMAS BERUMEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00044-WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | DATE: March 30, 2020 |
| WILLIAM THOMAS BERUMEN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Defendant William Thomas Berumen, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on March 30, 2020.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until April 27, 2020 at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant has been working diligently to understand and evaluate the defendant's mental health history as it pertains to the violations of supervised release alleged

STIPULATION REGARDING CONTINUANCE OF
ADMIT/DENY HEARING

1

in this matter.

        b)    Counsel for the defendant requires additional time to discuss and negotiate a potential disposition in this matter with the assigned Probation Officer.

        c)    The government does not object to the continuance.

        d)    The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: March 24, 2020                /s/ WILLIAM BONHAM
                                          WILLIAM BONHAM
                                          Counsel for Defendant
                                          WILLIAM THOMAS BERUMEN

Dated: March 24, 2020                McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ SAM STEFANKI
                                          SAM STEFANKI
                                          Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 26, 2020

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE