William E. Bonham
Attorney at law
Hotel de'France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone:   (916) 557-1113
Facsimile:    (916) 557-1118
Email:   billbonham@mylaw.comcastbiz.net

Attorney for WILLIAM THOMAS BERUMEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM THOMAS BERUMEN,<br><br>Defendant. | CASE NO.  2:10-CR-00044-WBS<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: April 27, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Defendant William Thomas Berumen, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for an admit/deny hearing on April 27, 2020.

2.   By this stipulation, the defendant now moves to continue the admit/deny hearing until June 1, 2020.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   Counsel for the defendant has been working diligently to understand and evaluate the defendant's mental health history as it pertains to the violations of supervised release alleged

in this matter.

      b)    Counsel for the defendant requires additional time to discuss and negotiate a potential disposition in this matter with the assigned Probation Officer as well as delays caused by the restrictions in place, due to the risks caused by the coronavirus pandemic, of being able to conference with my client, Mr. Berumen.

      c)    The government does not object to the continuance.

      d)    The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  April 22, 2020        /s/ WILLIAM BONHAM
      WILLIAM BONHAM
      Counsel for Defendant
      WILLIAM THOMAS
      BERUMEN

Dated: April 22, 2020        McGREGOR W. SCOTT
      United States Attorney

      /s/ SAM STEFANKI
      SAM STEFANKI
      Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 22, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE