1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:10-CR-00044-WBS
12 |                      Plaintiff,    | STIPULATION REGARDING CONTINUANCE OF
   |                                    | ADMIT/DENY HEARING; ORDER
13 |           v.                       |
14 | WILLIAM THOMAS BERUMEN,            | DATE: June 1, 2020
   |                                    | TIME: 9:00 a.m.
15 |                      Defendant.    | COURT: Hon. William B. Shubb

16

17                        **STIPULATION**

18      Defendant William Thomas Berumen, by and through his counsel of record, and plaintiff United

19 States of America, by and through its counsel of record, hereby stipulate as follows:

20      1.    By previous order, this matter was set for an admit/deny hearing on June 1, 2020.

21      2.    By this stipulation, the defendant now moves to continue the admit/deny hearing until

22 June 22, 2020.

23      3.    The parties agree and stipulate, and request that the Court find the following:

24            a)    Counsel for the defendant desires additional time to discuss and negotiate a

25      potential disposition in this matter with the defendant's probation officer.

26 ///

27 ///

28 ///

STIPULATION REGARDING CONTINUANCE OF          1
ADMIT/DENY HEARING

b) The defendant is currently on state parole in addition to federal supervised release. Accordingly, the defendant's probation officer is working with state partners to ensure that any proposed disposition is (i) coordinated between state and federal sovereigns, and (ii) expedites the defendant's successful reintegration into the community.

c) The government does not object to the continuance.

d) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  May 26, 2020                         /s/ WILLIAM BONHAM
                                             WILLIAM BONHAM
                                             Counsel for Defendant
                                             WILLIAM THOMAS BERUMEN

Dated:  May 26, 2020                         McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ SAM STEFANKI
                                             SAM STEFANKI
                                             Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUANCE OF                    2
ADMIT/DENY HEARING