MCGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00044-WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | |
| WILLIAM THOMAS BERUMEN, | DATE: July 6, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Defendant William Thomas Berumen, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on July 6, 2020.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until July 20, 2020 at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant desires additional time to discuss and negotiate a potential disposition in this matter with the defendant's probation officer.

///

///

///

STIPULATION REGARDING CONTINUANCE OF
ADMIT/DENY HEARING

1

     b)    The defendant is currently on state parole in addition to federal supervised release.  Accordingly, the defendant's probation officer is working with state partners to ensure that any proposed disposition is coordinated between state and federal sovereigns and effectively designed to help the defendant reintegrate into the community.

     c)    The parties anticipate submitting a stipulation and proposed order that would, if approved by the Court, resolve this matter without the need for the defendant to appear personally before the Court.

     d)    The government does not object to the continuance.

     e)    The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  July 1, 2020                    /s/ WILLIAM BONHAM
                                        WILLIAM BONHAM
                                        Counsel for Defendant
                                        WILLIAM THOMAS BERUMEN

Dated:  July 1, 2020                      McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ SAM STEFANKI
                                        SAM STEFANKI
                                        Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  July 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUANCE OF
ADMIT/DENY HEARING

2