UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

**JULY 21, 2020**

Clerk, U.S. District Court
Eastern District of California
By     KKS    
**Deputy Clerk**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:10CR0044-01 WBS |
| Plaintiff, ) | |
| v.  ) ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| **WILLIAM THOMAS BERUMEN,** ) ) | |
| Defendant. ) ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct  you to release **WILLIAM THOMAS BERUMEN**  Case     2:10CR0044-01  WBS   from custody for the following reasons:

      \_\_  Release on Personal Recognizance

      \_\_  Bail Posted in the Sum of _____

      \_\_  Unsecured bond

      \_\_  Appearance Bond with 10% Deposit

      \_\_  Appearance Bond secured by Real Property

      \_\_  Corporate Surety Bail Bond

  **X**     (Other)   **Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA   on   July 21, 2020       at   10:15      a.m.   .

Dated:  July 21, 2020

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
**Copy to Docketing**